FILED
U.S. DISTRICT COURT
SAVANNAH


IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2011 MAR 31 PM 12: 34
SAVANNAH DIVISION

CLERK
SO. DIST. OF GA.

KENNETH RAMON SANDERS,              )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          CASE NO. CV409-197
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )
_____)

## O R D E R

Before the Court are Plaintiff Kenneth Ramon Sanders's
Motion for Status Hearing (Doc. 8) and Objections to the
Magistrate Judge's Report and Recommendation (Doc. 10).
After the Court adopted the report and recommendation,
Plaintiff filed a Motion for Status Hearing, claiming that
he never received a copy of the report and recommendation
and requesting that he be mailed a copy.[1]   (Doc. 8.)   In
response, the Government mailed a copy of the report and
recommendation to Plaintiff.    (Doc. 9.)    Subsequent to
receiving the report and recommendation, Plaintiff filed
his objections.

As it appears that Plaintiff has received a copy of
the report and recommendation, Plaintiff's Motion for

_____

[1] Curiously, a review of the docket indicated that both the
report and recommendation and order were sent to the same
address.   However, only the report and recommendation was
returned as undeliverable. (See Doc. 4.)

Status Hearing is **DISMISSED AS MOOT**. After receiving Plaintiff's objections, the Court has conducted a de novo review of the record in this case. However, the Court concludes that Plaintiff is still not entitled to relief. The Court has repeatedly informed Plaintiff that if he wishes to have his sentence recalculated due to the Georgia Supreme Court vacating two of his state convictions, he must first file an "Application for Leave to File a Second or Successive Habeas Corpus Petition" with the Eleventh Circuit Court of Appeals, using the form provided by the Clerk of Court for the Eleventh Circuit. After receiving permission from the Eleventh Circuit, Defendant may then submit his § 2255 petition to this Court. Until Defendant follows these procedures, this Court lacks jurisdiction to rule on any § 2255 petition from Defendant.[2]

SO ORDERED this _31ST_ day of March 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] In addition, Plaintiff's Motion for Hearing (Doc. 11) is **DISMISSED AS MOOT**. As this case remains closed, Plaintiff's Motion for Summary Judgment (Doc. 12) is also **DISMISSED AS MOOT**.