IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 FEB 29  AM 10: 39

CLERK_____
SO. DIST. OF GA.

KENNETH RAMON SANDERS,         )
                               )
    Petitioner,                )
                               )
v.                             )   CASE NOS.  CV409-197
                               )              CV495-123
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 35.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioners Motion to Dismiss (Doc. 34) is **GRANTED** and his 28 U.S.C. § 2255 Petition (Doc. 23) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA